FILED

# Northern District Federal Court
## Cleveland, Ohio
801 W Superior Ave, Cleveland, OH 44113
February 26th 2018

2018 FEB 26  PM 3: 37

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

1 : 18  CV  453

JUDGE POLSTER

The Ramos Family (Plaintiff)

V.

Lorain County Justice Department {State Of Ohio}
(Defendant)

### Complaint of Cause

Lorain County, Ohio has gone far and behind the justice system to worry about and family that was living in Youngstown, Ohio Mahoning County area first off and DV occurred in Mahoning County back in March 31st 2017 mother had sole custody in Mahoning County when this occurred of the children so that alone was Mahoning County situation another piece of evidence that we found that Lorain County justice system has gone and far behind Marcus Ramos criminal charges why did Youngstown PD pick up and suspect off another county warrant late at night around 11:36 pm but we asking when the last time and city police department get involved of another county warrant I haven't seen that done since the jurisdiction of law enforcement was made and passed and also with that Youngstown Police Officer told the suspect that we don't got no warrant for you it's just in the system Marcus Ramos was sitting down in booking for three hours before he got his warrant later that morning so something Lorain County Sheriff pulled to get Marcus Ramos charged down in Lorain County, Ohio and not Mahoning County, Ohio someone lied about his aware about the piece to that evidence is and Civil Protection Order was done on May 30th 2017 and the parties got served so if Lorain County, Ohio would've charged Marcus Ramos in Mahoning County, Ohio his charges would've been dropped as soon as possible due to and Civil Protection Order was filed and Lorain County Children Services broke and Civil Protection Order Internal Affairs in Washington will get and copy and FBI will get and copy also right along with the US Justice Department, this family was located in Youngstown, Ohio not Lorain County, Ohio also January 26th we find it to be very disturbing that Marcus Ramos got arrested outside of Lorain County Common Pleas and not inside of Lorain County Common Pleas so we had and investigator take time to drop in and catch this situation unfold the scene in this video is scary on what they did to Marcus

Ramos arrest they waited to girlfriend Lametra Phillips leave his side sneak him grab him pull up and Lorain County Sheriff car to hide Marcus Ramos getting beat by Lorain County Sheriff Department, why was he arrested inside the court house why did Lorain County Sheriff Department wait till he got outside to cause and scene this video tape will be shared online to news lines Good Morning America as and video was already sent to Good Morning America we find this disturbing that Lorain County, Ohio will go three hours away to destroy this family and not just only that nobody was charged, Marcus Ramos charges was dismissed and let go April 3rd and when he got out he wasn't served with no papers about no DV Protection Order (The Ramos Family) is seeking damages done by this county in the amount of 1.5 million dollars and also looking for JUSTICE to be served on this county and Lorain County Sheriff Department lying and waiting, to me it's illegal to "PREMEDITATED AND CASE" and that's what just happened pure premeditated desire cause first off why would Lorain County Children Services wait till June 8th 2017 to take the children two months after the Domestic Violence happened in Mahoning County, Ohio I tell the courts why Lametra Phillips the mother of the children was pregnant at the time and they knew that mother was due on June 8th 2017 but when she didn't deliver on June 8th 2017 Lorain County Children Services tossed and panic attack but with Marcus Ramos threaten towards Lorain County Children Services they found another loop hole to go thru and arrested him but surely they didn't know that Civil Protection Order was in the air what let be known if mother Lametra Phillips would've known about the court date on June 14th 2017 she would've left and went to that court date after father arrest they didn't want him to make it to the Civil Protection Order hearing on June 12th 2017, so there for Lorain County, Ohio broke the justice system of Ohio and destroy this family that was on and limb this would've never occurred if Lorain County Children Services just would've left them alone and the Lorain County Common Pleas Juvenile court system and Prosecutor office of Lorain County signing off notarizing and complaint form for two caseworkers that had and Civil Protection Order against.

THE RAMOS FAMILY IS JUST NOT SEEKING DAMAGES DONE WORTH IN THE AMOUNT OF 1.5 MILLION DOLLARS THEY ALSO WANT JUSTICE DONE TO THIS COUNTY JUST LIKE WHAT HAPPENED IN CHICAGO IL POLICE DEPARTMENT I WANT JUSTICE TO BE SERVED ON THE CIVIL RIGHTS AND CIVIL RIGHTS VIOLATION UNDER 1983 AND CONSPIRACY AGAINST RIGHTS COVERED UNDER 1985 AND 1ST 4TH 14TH AMENDMENTS JUSTICE JUSTICE JUSTICE JUSTICE MY FAMILY WAS BROKEN. I WANT MY JUSTICE I'M THIS STATE DONE ROBBED MY FAMILY ENOUGH IS ENOUGH.

Signature: _____

Signature: 2/26/2018 _____

Date: _____

Date: _____